# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCOTT RAY ZABRISKIE,

                         Plaintiff,

-vs-                                                    Case No.  6:03-cv-1856-Orl-22KRS

COURT ADMINISTRATION of the Ninth
Judicial Circuit in and for Orange County, FL;
MATT BENEFIELD, Administrator; CHUCK
HYADOVITZ, employee; and JANE DOES,
employees,

                         Defendants.
_____

# ORDER TO SHOW CAUSE

The parties are directed to show cause by written responses filed within **eleven days** why sanctions should not be imposed  pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.  Failure to respond will result in sanctions being imposed, which may include a dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers at Orlando, Florida, on this 27th day of July, 2004.

ANNE C. CONWAY
United States District Judge

Copy to:

Counsel of Record
Unrepresented Parties